MICHAEL R. GRIFFINGER (MG – 2944)
IRA J. HAMMER (IH – 6734)
GIBBONS, DEL DEO, DOLAN,
  GRIFFINGER & VECCHIONE,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 596-4500

SUSAN J. KOHLMAN (SK-1855)
PILLSBURY WINTHROP LLP
One Battery Park Plaza
New York, NY 10004-1490
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorneys for Plaintiff
CSX CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CSX Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>Adam Riben, a.k.a. Atom Emet, a.k.a.<br>Atom Smasher,<br><br>            Defendant. | Civil Action No. 01-5206 (WGB)<br><br>Hon. _____, U.S.D.J. |

For its complaint, Plaintiff avers as follows:

## PARTIES

1. Plaintiff CSX Corporation ("CSX") is a Virginia Corporation having a place of business at One James Center, Richmond, Virginia 23219.

2. Defendant Adam Riben, a.k.a Atom Emet, a.k.a. Atom Smasher ("Emet"), upon information and belief, is a resident of New Jersey with an

address at 26B, Exeter Avenue, Highland Park, New Jersey 08817-4904.

## JURISDICTION

3. This action arises under 15 U.S.C. §§ 1051 et seq. and asserts related claims of trademark infringement, dilution, and pendent state claims as set forth more fully herein.

4. This Court has jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1338 and the pendent jurisdiction of the Court.

## VENUE

5. Venue lies in this district pursuant to 28 U.S.C. § 1391 as this is the judicial district where the Defendant resides and a substantial part of the events alleged herein occurred in this district.

## GENERAL ALLEGATIONS

6. Since long prior to the acts complained of herein, CSX and its related companies have provided a variety of transportation and other services to customers worldwide, in interstate commerce, and in this judicial district in connection with the trade names, trademarks and service marks CSX, CSX CORPORATION and CSX TRANSPORTATION (hereafter, the "CSX Marks"). The family of CSX Marks is displayed in a distinctive logotype as shown in Exhibit A attached hereto.

7. CSX owns United States Patent and Trademark Office Trademark and Service Mark Registrations for CSX (Registration No. 2,475,447); CSX CORPORATION in logotype (Registration No. 2,364,124); and CSX TRANSPORTATION in logotype (Registration Nos. 1,440,849; 1,432,208).

8. The CSX Marks became famous and distinctive of Plaintiff

1  many years prior to the acts of Emet complained of herein.

2  9. For its principal corporate website, CSX owns the domain name
3  and accompanying website found at <www.csx.com> (the "CSX Site"). A
4  copy of the homepage of the CSX Site is attached hereto as Exhibit B.

5  10. On information and belief, Emet registered and owns the
6  domain names <www.csx-diversity.com>, <www.csx-hates-jews.com> and
7  <www.csx-sucks.com>.

8  11. On information and belief, Emet owns and controls an active
9  website at the <www.csx-diversity.com> address ("Emet's Site"). Emet
10  also uses "CSX" and numerous other CSX Marks in and as metatags and a
11  website title to attract traffic to Emet's Site. In particular, Emet has
12  copied the entire sequence of metatags used by CSX for its <csx.com>
13  website. The content of Emet's Site consists of attacks on and criticisms
14  of CSX.

15  12. On information and belief, Emet's Site <csx-diversity.com>
16  when first made active showed a homepage (copy attached as Exhibit C)
17  which copied and mimicked the color, design scheme and trademark
18  logotype of the CSX Site homepage, so as to present a confusingly similar
19  look and feel to Internet users, as may be seen by comparing Exhibits B
20  and C. The original Emet Site homepage was dominated by the words CSX
21  DIVERSITY using the logotype of Plaintiff's CSX mark, as may be seen by
22  comparing Exhibits A and C.

23  13. CSX protested Emet's trademark and trade dress infringement
24  and dilution. In response, Emet made certain limited changes to his <csx-
25  diversity.com> homepage, thereby impliedly admitting that he had
26  exceeded the bounds of trademark law. Instead of CSX DIVERSITY,
27  Emet's homepage at <csx-diversity.com> now uses CSX SUCKS in
28  Plaintiff's logotype, as shown in Exhibit D, hereto.

14. Despite these changes, Emet's Site at <csx-diversity.com> still exceeds the permissible bounds of trademark fair use by (a) by using <csx-diversity.com> as a domain name; (b) using CSX metatags and a website title which are identical or confusingly similar to the CSX Marks to divert traffic away from <www.csx.com> and drive traffic to Emet's Site; (c) using the CSX trademark logotype; and (d) exposing Internet users seeking Plaintiff CSX to site content which impermissibly tarnishes the CSX Marks.

15. Emet's acts, described herein, have caused a likelihood of confusion and dilution by tarnishment of Plaintiff's famous CSX Marks.

16. Emet has willfully continued to operate his infringing site after receipt of notice and warning from CSX.

17. Upon information and belief, Emet intends to operate similar or identical infringing websites at <www.csx-hates-jews.com>, <www.csx-sucks.com> and at other domain names that CSX is currently unaware of.

18. CSX will not contest Emet's use of <csx-sucks.com> as a domain name and title for a website.

19. CSX will not contest Emet's use of the expression CSX SUCKS in a typeface different from the CSX logotype on a site located at <www.csx-sucks.com>.

20. CSX will not contest Emet's expression of his non-defamatory statements regarding CSX, unless such expression causes a likelihood of confusion with, or dilutes, any marks owned by CSX.

## FIRST CLAIM

### LIKELIHOOD OF CONFUSION
### VIOLATION OF 15 U.S.C. § 1114

21. Defendant's use of the CSX Marks as alleged herein is likely to cause confusion or to cause mistake or to deceive in violation of 15 U.S.C. § 1114.

## SECOND CLAIM

### DILUTION
### VIOLATION OF 15 U.S.C. § 1125(c)

22. Defendant's use of the CSX Marks as alleged herein dilutes and tarnishes the distinctive quality of Plaintiff's famous marks in violation of 15 U.S.C. § 1125(c).

## THIRD CLAIM

### STATE TRADEMARK INFRINGEMENT
### VIOLATION OF N.J.S.A. § 56:3-13.16 AND COMMON LAW

23. Defendant's actions, as alleged herein, have infringed Plaintiff's rights in the CSX Marks in violation of N.J.S.A. § 56:3-13.16 and New Jersey common law.

## FOURTH CLAIM

### STATE DILUTION
### VIOLATION OF N.J.S.A. § 56:3-13.20 AND COMMON LAW

24. Defendant's actions, as alleged herein, have diluted the distinctive quality of Plaintiff's CSX Marks and caused a likelihood of confusion in violation of N.J.S.A. § 56:3-13.20 and New Jersey common law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CSX CORPORATION prays that this Court enter a Final Judgment against Defendant Adam Riben, a.k.a. Atom Emet, a.k.a Atom Smasher as follows:

(1) Pursuant to 15 U.S.C. § 1116 and New Jersey law, that Defendant and Defendant's relatives, agents, representatives, employees, assigns, attorneys and all others in concert and/or participation with them be permanently enjoined from:

　A.　Using the CSX Marks, or any other marks owned by Plaintiff or its related entities, in metatags, website titles, or in any domain name likely to cause confusion regarding, or dilution of, such marks;

　B.　Using the CSX Marks, CSX logotype, CSX designs, or any other marks owned by Plaintiff or its related entities, in any way that is likely to cause confusion regarding, or dilution of, such marks, logotypes or designs;

(2) That the Court order the cancellation or transfer to Plaintiff of <www.csx-diversity.com>, <www.csx-hates-jews.com> and any other domain names owned by Defendant that are likely to cause confusion regarding, or dilution of, the CSX Marks or any other marks owned by Plaintiff or its related entities, but permit Defendant to use <csx-sucks.com> for a website to express protectable opinions or parody regarding CSX;

(3) That Plaintiff have such other and further relief as the Court deems equitable and just in the circumstances.

PILLSBURY WINTHROP LLP
Susan J. Kohlmann (SK-1855)
One Battery Park Place
New York, New York 10004-1490
(212) 858-1000

MICHAEL R. GRIFFINGER (MG – 2944)
IRA J. HAMMER (IH – 6734)
GIBBONS, DEL DEO, DOLAN,
 GRIFFINGER & VECCHIONE,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 596-4500

Attorneys for Plaintiff
CSX CORPORATION

By _____
       MICHAEL R. GRIFFINGER

Dated: November 7, 2001.